CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

MAR 14 2012

JULIA C. DUDLEY, CLERK
BY: /s/ McDonald
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 4:96-cr-30029-1 |
| v. | § 2255 ORDER |
| DAIRUS KIOWA PERKINS,<br>Petitioner. | By: Hon. Jackson L. Kiser<br>Senior United States District Judge |

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED**

that petitioner's petition for a writ of <u>audita querela</u> (no. 209) is **CONSTRUED** as a motion to vacate, set aside or correct sentence, pursuant to 28 U.S.C. § 2255; the Clerk shall **OPEN** a new action for this § 2255 motion; this new § 2255 motion is **DISMISSED without prejudice** as successive; a certificate of appealability is **DENIED**; and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to petitioner and to counsel of record for the United States.

ENTER: This 14th day of March, 2012.

/s/ Jackson L. Kiser
Senior United States District Judge