# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

MAY 29 2015

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| DARIUS KIOWA PERKINS | ) | Case No: 4:96CR30029-001 |
| | ) | USM No: 06246-084 |
| Date of Previous Judgment: 01/31/1997 | ) | |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☑ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __420 months__ months is reduced to __322 months*__.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | | |
|---|---|---|---|---|
| Previous Offense Level: | 42 | Amended Offense Level: | 36 | |
| Criminal History Category: | IV | Criminal History Category: | IV | |
| Previous Guideline Range: | 360 to life months | Amended Guideline Range: | 262 to 327 months | |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**

Defendant is sentenced to 322 months, but not less than time served. Defendant's sentence consists of 262 months on Count 1 and 60 months on COunt 12, to be served consecutively.

Except as provided above, all provisions of the judgment dated __01/31/1997__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 5/29/2015

/s/ Jackson L. Kiser
Judge's signature

Effective Date: __11/01/2015__
(if different from order date)

Hon. Jackson L. Kiser, Senior U.S. District Judge
Printed name and title